| Fill in this information to identify your case: |
|---|
| United States Bankruptcy Court for the: |
| WESTERN DISTRICT OF MICHIGAN |
| Case number *(if known)*  _____  Chapter  **11** |

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy   04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | | |
|---|---|---|---|
| 1. | Debtor's name | **Krieger Craftsmen, Inc.** | |
| 2. | All other names debtor used in the last 8 years  Include any assumed names, trade names and *doing business as* names | **Krieger Craftsmen** | |
| 3. | Debtor's federal Employer Identification Number (EIN) | **38-3231762** | |
| 4. | Debtor's address | **Principal place of business**  **2758- 3 Mile Road NW**  **Grand Rapids, MI 49534**  Number, Street, City, State & ZIP Code  **Kent**  County | **Mailing address, if different from principal place of business**  _____  P.O. Box, Number, Street, City, State & ZIP Code  **Location of principal assets, if different from principal place of business**  _____  Number, Street, City, State & ZIP Code |
| 5. | Debtor's website (URL) | **https://www.kriegercraftsmen.com/** | |
| 6. | Type of debtor | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  ☐ Partnership (excluding LLP)  ☐ Other. Specify: _____ | |

Debtor **Krieger Craftsmen, Inc.**　　　　　　　　　　　　　　Case number (*if known*) _____
　　　　Name

**7. Describe debtor's business**　　A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.
____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. Check **all** that apply:

　　☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

　　■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

　　☐ A plan is being filed with this petition.

　　☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

　　☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

　　☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

■ No.
☐ Yes.

If more than 2 cases, attach a separate list.

| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | _____ | | | Relationship | _____ |
| District | _____ | When | _____ | Case number, if known | _____ |

Official Form 201　　　　　　**Voluntary Petition for Non-Individuals Filing for Bankruptcy**　　　　　　page 2

Debtor  **Krieger Craftsmen, Inc.**                              Case number (*if known*)  _____
        Name

**11. Why is the case filed in *this district?***    *Check all that apply:*

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

- ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard?  _____
- ☐ It needs to be physically secured or protected from the weather.
- ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
- ☐ Other

**Where is the property?**  _____
Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.   Insurance agency  _____
         Contact name      _____
         Phone             _____

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**    *Check one:*

- ■ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ■ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Debtor | Krieger Craftsmen, Inc. | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **October 9, 2020**
MM / DD / YYYY

X **/s/ Timothy J. Krieger**           **Timothy J. Krieger**
Signature of authorized representative of debtor           Printed name

Title **President**

**18. Signature of attorney**

X **/s/ A. Todd Almassian**           Date **October 9, 2020**
Signature of attorney for debtor           MM / DD / YYYY

**A. Todd Almassian P55467**
Printed name

**Keller & Almassian, PLC**
Firm name

**230 East Fulton**
**Grand Rapids, MI 49503**
Number, Street, City, State & ZIP Code

Contact phone **616-364-2100**     Email address **ecf@kalawgr.com**

**P55467 MI**
Bar number and State

# United States Bankruptcy Court
## Western District of Michigan

In re  **Krieger Craftsmen, Inc.**                                                           Case No.
                                  Debtor(s)                                                        Chapter  **11**

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:  **October 9, 2020**            **/s/ Timothy J. Krieger**
                                      **Timothy J. Krieger**/**President**
                                      Signer/Title

Date:  **October 9, 2020**            **/s/ A. Todd Almassian**
                                      Signature of Attorney
                                      **A. Todd Almassian P55467**
                                      **Keller & Almassian, PLC**
                                      **230 East Fulton**
                                      **Grand Rapids, MI 49503**
                                      **616-364-2100   Fax: 616-364-2200**

ALICO EQUIPMENT FINANCE GROUP
W222N833 CHEANEY ROAD
WAUKESHA WI 53186

ALLPHASE
12855 FAIRLANE
LIVONIA MI 48150

AMBA
7321 SHADELAND STATION WAY
SUITE 285
INDIANAPOLIS IN 46256

ANDY J. EGAN CO, INC.
2001 WALDORF ST NW
GRAND RAPIDS MI 49544

ARMOCK MECHANICAL CONTRACTORS
745 S. STATE STREET
SPARTA MI 49345

BELMONT EQUIPMENT & TECH
32055 EDWARD AVE
MADISON HEIGHTS MI 48071

BENCHMARK WELDING & MACHINE
11314 78TH AVE
GRAND RAPIDS MI 49501

BICO BUYERS INC.
PO BOX 671645
DALLAS TX 75267

C&G PLASTICS
12729 FOOTHILL BLVD
SYLMAR CA 91342

C2 MACHINING
4017 BROCKTON DRIVE SE
GRAND RAPIDS MI 49512

CAPITAL ONE
PO BOX 30281
SALT LAKE CITY UT 84130

```
CINTAS UNIFORM SERVICES
3149 WILSON DR NW
GRAND RAPIDS MI 49544


CITY OF GRAND RAPIDS
GRAND RAPIDS INCOME TAX DEPT
300 MONROE AVE NW, RM 380
GRAND RAPIDS MI 49503


CITY OF WALKER TREASURER
4243 REMEMBRANCE ROAD NW
WALKER MI 49534


COMMERCIAL TOOL & DIE, INC.
5351 RUSCHE DR NW
COMSTOCK PARK MI 49321


CORPORATE FUNDING, INC.
5136 CASCADE ROAD SE
SUITE 1E
GRAND RAPIDS MI 49546


CREATIVE TECHNOLOGY CORP.
1280 SEABURY CIRCLE
CAROL STREAM IL 60188


DAMON, VER MERRIS, BOYKO &
WITTE, PLC
825 PARCHMENT DR SE, SUITE 100
GRAND RAPIDS MI 49546


EAGLE INDUSTRIAL GROUP
847 W. RIVER CENTER DRIVE NE
COMSTOCK PARK MI 49321


EXTREME WIRE EDM SERVICE, INC.
3636 BUSCH DRIVE SW
GRANDVILLE MI 49418


FAS MACHINING, LLC
8166 GRAPHIC DRIVE
BELMONT MI 49306
```

FINKL STEEL
PO BOX 92576
CHICAGO IL 60675


GANTRY BUSINESS SOLUTIONS
200 MONROE AVE NW
SUITE 400
GRAND RAPIDS MI 49503


GEM PLASTICS, INC.
2533 THORNWOOD STREET SW
WYOMING MI 49519


GRAND RAPIDS TELECOMMUNICATION
7700 CARY
ROCKFORD MI 49341


HANSEN BALK STREEL TREATING CO
1230 MONROE AVENUE NW
GRAND RAPIDS MI 49505


HERITAGE CRYSTAL CLEAN, INC.
2175 POINT BLVD
SUITE 375
ELGIN IL 60123


HRSFLOW- INGLASS USA
920- 74TH STREET SW
BYRON CENTER MI 49315


INCOE CORPORATION
2850 HIGH MEADOW CIRCLE
AUBURN HILLS MI 48326


J-FLEX, LLC
2758- 3 MILE ROAD NW
GRAND RAPIDS MI 49534


JDE MACHINE SERVICE
3652 PONDEROSA
GRANDVILLE MI 49418

JEFFERY CRAMPTON
KOERNKE & CRAMPTON
THE BOARDWALK
940 MONROE NW, SUITE 250
GRAND RAPIDS MI 49503


JENTA, LLC
2758- 3 MILE ROAD NW
GRAND RAPIDS MI 49534


KELDON COMPANY
7764 CLYDE PARK AVE SW
BYRON CENTER MI 49315


KENT COUNTY TREASURER
PO BOX Y
GRAND RAPIDS MI 49503


KIND SPECIAL ALLOYS
1221 VELMA COURT
YOUNGSTOWN OH 44512


LOU GYENESE
333 COLONY BLVD
SUITE 303
THE VILLAGES FL 32162


M2 LEASE FUNDS, LLC
175 N. PATRICK BLVD, SUITE 140
BROOKFIELD WI 53045


MAKINO DIE/MOLD TECH
2600 SUPERIOR CT
AUBURN HILLS MI 48326


MFP AUTOMATION ENGINEERING
4404 CENTRAL PARKWAY
HUDSONVILLE MI 49426


MICHAEL HAWS
12386 PHELPS AVE
SPARTA MI 49345

```
MICHAEL L. SHIPARSKI
ASSISTANT US ATTORNEY
PO BOX 208
GRAND RAPIDS MI 49501


MODEL DIE & MOLD, INC.
3859 ROGER B CHAFFEE MEMORIAL
GRAND RAPIDS MI 49548


MOLD SURFACE TECHNOLOGIES
2385 WALKER AVE NW
GRAND RAPIDS MI 49544


NIENHUIS FINANCIAL GROUP
3460 WILSON AVE SW
GRANDVILLE MI 49418


PCS COMPANY
34500 DOREKA
FRASER MI 48026


PIONEER CONSTRUCTION
550 KIRTLAND STREET SW
GRAND RAPIDS MI 49507


POSITIVE DESIGNS, LLC
506 ARHANA CREST DRIVE
MIDDLEVILLE MI 49333


PRIORITY HEALTH
1231 E. BELTLINE NE
GRAND RAPIDS MI 49525


PROGRESSIVE COMPONENTS
235 INDUSTRIAL DRIVE
WAUCONDA IL 60084


PROTEV INTERNATIONAL INC.
6090 SURETY DRIVE, SUITE 110-D
EL PASO TX 79905


PTSOLUTIONS
PO BOX 670587
DETROIT MI 48267
```

```
RC LASER WELD LLC
4036 OAKES STREET SW
GRANDVILLE MI 49418


ROWLAND MOLD & MACHINE
9395 HENRY COURT
ZEELAND MI 49464


STAR CRANE & HOIST
11340- 54TH AVENUE
ALLENDALE MI 49401


STAR TRUCK RENTALS
3940 EASTERN AVE SE
GRAND RAPIDS MI 49508


STATE OF MICHIGAN
DEPT. OF TREASURY
PO BOX 30754
LANSING MI 48909


STEEL CRAFT TECHNOLOGIES
8057 GRAPHIC INDUSTRIAL DRIVE
BELMONT MI 49306


T.A.A.G., INC.
7120 DIVISION AVE S.
GRAND RAPIDS MI 49548


TCF NATIONAL BANK
PO BOX 1527
MIDLAND MI 48641


TCF NATIONAL BANK
2301 W. BIG BEAVER ROAD
SUITE 525
TROY MI 48084


TENIBAC-STANDEX
35155 AUTOMATION DRIVE
CLINTON TOWNSHIP MI 48035


THE BOLT TIN, LLC
11331 3RD AVENUE NW
GRAND RAPIDS MI 49544
```

```
TIMOTHY J. KRIEGER
1258 E. TWO POND ROAD
LUTHER MI 49656


TK KRIEGER, LLC
2758- 3 MILE ROAD NW
GRAND RAPIDS MI 49534


TOLEDO STEEL SUPPLY, INC.
222 LAVOY ROAD
ERIE MI 48133


U.S. SMALL BUSINESS ADMIN
2 NORTH STREET, SUITE 320
BIRMINGHAM AL 35203


U.S. SMALL BUSINESS ADMIN
MICHIGAN DISTRICT OFFICE
477 MICHIGAN AVE, ROOM 515
DETROIT MI 48226


UNISTEEL, LLC
6155 SIMS DRIVE
STERLING HEIGHTS MI 48313


UNITED TOOL & MOLD, INC.
106 FINANCIAL BLVD
LIBERTY SC 29657


WELLS FARGO BANK N.A.
CORPORATE TRUST SERVICES
9062 OLD ANNAPOLIS ROAD
COLUMBIA MD 21045-1951


WYOMING CHAMBER OF COMMERCE
4415 BYRON CENTER AVE SW
WYOMING MI 49519
```

# United States Bankruptcy Court
## Western District of Michigan

In re: **Krieger Craftsmen, Inc.**
Debtor(s)

Case No.
Chapter **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Krieger Craftsmen, Inc.** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**October 9, 2020**
Date

/s/ A. Todd Almassian
**A. Todd Almassian P55467**
Signature of Attorney or Litigant
Counsel for **Krieger Craftsmen, Inc.**
**Keller & Almassian, PLC**
**230 East Fulton**
**Grand Rapids, MI 49503**
**616-364-2100 Fax:616-364-2200**
**ecf@kalawgr.com**