**Fill in this information to identify the case:**

Debtor name      **Krieger Craftsmen, Inc.**

United States Bankruptcy Court for the:   WESTERN DISTRICT OF MICHIGAN

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors     12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **October 9, 2020**         X **/s/ Timothy J. Krieger**
                                                                    Signature of individual signing on behalf of debtor

                                                                    **Timothy J. Krieger**
                                                                    Printed name

                                                                    **President**
                                                                    Position or relationship to debtor

Fill in this information to identify the case:

Debtor name: **Krieger Craftsmen, Inc.**

United States Bankruptcy Court for the: **WESTERN DISTRICT OF MICHIGAN**

Case number (if known):

☐ Check if this is an amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| U.S. Small Business Admin<br>2 North Street, Suite 320<br>Birmingham, AL 35203 | Michael L. Shiparski, Esq.<br><br>Mike.Shiparski@usdoj.gov<br>(616) 456-2404 | PPP Loan | | | | $382,000.00 |
| United Tool & Mold, Inc.<br>106 Financial Blvd<br>Liberty, SC 29657 | Scott Phipps<br><br>(864) 859-8300 | Supplier | | | | $320,170.50 |
| U.S. Small Business Admin<br>2 North Street, Suite 320<br>Birmingham, AL 35203 | Michael L. Shiparski, Esq.<br><br>Mike.Shiparski@usdoj.gov<br>(616) 456-2404 | UCC-1 Financing Statement filed. Treatment as unsecured. | | | | $149,900.00 |
| Model Die & Mold, Inc.<br>3859 Roger B Chaffee Memorial<br>Grand Rapids, MI 49548 | Carol<br><br>(616) 243-6996 | Supplier | | | | $149,225.00 |
| Protev International Inc.<br>6090 Surety Drive, Suite 110-D<br>El Paso, TX 79905 | Liliana Amaya<br><br>liliana.amaya@protev.de<br>(915) 490-3827 | Supplier | | | | $144,549.28 |
| Michael Haws<br>12386 Phelps Ave<br>Sparta, MI 49345 | Michael Haws<br><br>(616) 887-5227 | Loan | | | | $105,000.00 |

Debtor **Krieger Craftsmen, Inc.**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Jeffery Crampton Koernke & Crampton The Boardwalk 940 Monroe NW, Suite 250 Grand Rapids, MI 49503 | Jeffery Crampton (616) 458-7900 | Legal Services | | | | $100,000.00 |
| Capital One PO Box 30281 Salt Lake City, UT 84130 | Bankruptcy Department | Charge Account | | | | $90,541.62 |
| Unisteel, LLC 6155 Sims Drive Sterling Heights, MI 48313 | Jessica Staudacher (724) 657-5022 | Supplier | | | | $52,500.37 |
| Pioneer Construction 550 Kirtland Street SW Grand Rapids, MI 49507 | Tim Schowalter (616) 247-6966 | Build-out | | | | $49,682.17 |
| Andy J. Egan Co, Inc. 2001 Waldorf St NW Grand Rapids, MI 49544 | AJ Egan (616) 791-9952 | Supplier | | | | $36,157.87 |
| Tenibac-Standex 35155 Automation Drive Clinton Township, MI 48035 | Tony (616) 647-3333 | Supplier | | | | $34,550.00 |
| Bico Buyers Inc. PO Box 671645 Dallas, TX 75267 | Chad Kovick ckovick@bicosteel.com (616) 453-2400 | Supplier | | | | $34,023.00 |
| Makino Die/Mold Tech 2600 Superior Ct Auburn Hills, MI 48326 | Lori Tidwell Lori.Tidwell@makino.com (800) 552-3288 | Supplier | | | | $21,258.41 |
| Extreme Wire EDM Service, Inc. 3636 Busch Drive SW Grandville, MI 49418 | Brian Bernt (616) 249-3901 | Supplier | | | | $15,675.00 |
| Commercial Tool & Die, Inc. 5351 Rusche Dr NW Comstock Park, MI 49321 | Shelly Miller shelly.miller@commercialtool.com (616) 785-8100 | Supplier | | | | $14,100.00 |

Debtor **Krieger Craftsmen, Inc.**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|
| **Positive Designs, LLC**<br>**506 Arhana Crest Drive**<br>**Middleville, MI 49333** | **Wayne**<br><br>**(269) 795-7392** | **Supplier** | | | | $13,755.00 |
| **Armock Mechanical Contractors**<br>**745 S. State Street**<br>**Sparta, MI 49345** | **Chuck**<br><br>**(616) 438-5495** | **Services** | | | | $13,486.00 |
| **Eagle Industrial Group**<br>**847 W. River Center Drive NE**<br>**Comstock Park, MI 49321** | **B. Hector**<br><br>**bhector@toolingsystemsgroup.com**<br>**(616) 647-9904** | **Supplier** | | | | $13,400.00 |
| **FAS Machining, LLC**<br>**8166 Graphic Drive**<br>**Belmont, MI 49306** | **Wade Fisher**<br><br>**wade@fasmachining.com**<br>**(616) 240-0906** | **Supplier** | | | | $12,980.00 |